US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 02/26/18

TIME SPENT:_____

DOCKET NO. __16 CV 569__

CASE: __Samuel v Clifford B. Finkle__

____ INITIAL CONFERENCE          ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE        ____ FINAL/PRETRIAL CONFERENCE
✓ SETTLEMENT CONFERENCE          ____ TELEPHONE CONFERENCE
____ MOTION HEARING              ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

____ COMPLETED          ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF:  _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____          DEF. TO SERVE PL. BY:_____

RULINGS: Case settled
Stip of discontinuance due in 45 days